WWR# 041308044

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 23-02471 |
| WILLIAM D GLYCENFER | CHAPTER 13 |
| | JUDGE MARK J CONWAY |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, CROSS VALLEY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for CROSS VALLEY FEDERAL CREDIT UNION to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
pitecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 14th day of November, 2023 addressed to:

JASON PAUL PROVINZANO, Attorney for Debtor
MyLawyer@JPPLaw.com

JACK N ZAHAROPOULOS, Trustee
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036-8625
info@pamd13trustee.com

OFFICE OF THE UNITED STATES TRUSTEE ustpregion03.ha.ecf@usdoj.gov

WILLIAM D GLYCENFER
268 GRANDVIEW AVE
MOUNTAIN TOP, PA 18707-2278

 

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
pitecf@weltman.com