United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02471-MJC
William Daniel Glycenfer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 27, 2023     Form ID: ntcnfhrg     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Daniel Glycenfer, 268 Grandview Avenue, Mountain Top, PA 18707-2278 |
| 5575062 | | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 5575065 | | Best Buy Credit Card, P.O. Box 790441, Louisville, KY 40290 |
| 5575068 | | Cross Valley F C U, PO Box 597, Wilkes Barre, PA 18703-0597 |
| 5578434 | + | Garry Masterson Esquire, Atty for Cross Valley Federal Credit Uni, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5575063 | + | Email/Text: broman@amhfcu.org | Nov 27 2023 18:47:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 5575064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 18:59:07 | Best Buy Credit Card, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 5575066 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 18:59:34 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5575067 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 18:59:07 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5578370 | + | Email/Text: BKRMailOps@weltman.com | Nov 27 2023 18:47:00 | Cross Valley Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5575075 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 18:59:06 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5576561 | | Email/Text: mrdiscen@discover.com | Nov 27 2023 18:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5575069 | | Email/Text: mrdiscen@discover.com | Nov 27 2023 18:47:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5575070 | | Email/Text: mrdiscen@discover.com | Nov 27 2023 18:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5575071 | | Email/Text: Documentfiling@lciinc.com | Nov 27 2023 18:47:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 5575072 | | Email/Text: Documentfiling@lciinc.com | Nov 27 2023 18:47:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 5575074 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 18:59:33 | Macys/fdsb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5575077 | | Email/PDF: ebnotices@pnmac.com | Nov 27 2023 18:59:06 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5575076 | | Email/PDF: ebnotices@pnmac.com | | |

Nov 27 2023 18:59:19  Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cross Valley Federal Credit Union |
| 5575073 | *+ | Lendclub Bnk, 595 Market Street, San Francisco, CA 94105-2802 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 William Daniel Glycenfer MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> William Daniel Glycenfer, <br> aka William D. Glycenfer, aka William Glycenfer, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No. 5:23−bk−02471−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 28, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: January 4, 2024 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 27, 2023 |

ntcnfhrg (08/21)